NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENCAP LLC,**
*Plaintiff-Appellee,*

v.

**OLDCASTLE RETAIL, INC.,
OLDCASTLE LAWN & GARDEN, INC.,
AND OLDCASTLE ARCHITECTURAL, INC.,**
*Defendants-Appellants.*

---

2012-1488

---

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 11-CV-0808, Judge William C. Griesbach.

---

**ON MOTION**

---

**ORDER**

The appellants move to expedite the briefing schedule and appeal. The appellee responds.

The appellants self-expedited the briefing schedule by filing their own brief early. The appellee agrees to file its brief by August 20, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent the due date for appellee's brief is indicated above. Appellants' reply brief is due September 4, 2012. Oral argument will be scheduled in the usual course.

FOR THE COURT

AUG 0 9 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Philip M. Weiss, Esq.
    Mitchell G. Stockwell, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 9 2012

JAN HORBALY
CLERK